IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, ) | |
| ) | Civil Action No. 06 - 43 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| DR. STANLEY FALOR, *MEDICAL DIRECTOR;* ) | |
| DIANE MANSON, *H.C.A.*; JOHN MCANANY, ) | Doc. Nos. 21 and 23 |
| *R.N.S.*; SHARLEY HICKMAN, *P.A.*; NANCY ) | |
| ZEIGLER, *P.A.*; LOUIS FOLINO, ) | |
| *SUPERINTENDENT*; DIANE THOMAS, ) | |
| *ADMINISTRATIVE STAFF*; DAN DAVIS, *ACTING* ) | |
| *GRIEVANCE COORDINATOR*; SHARON M. ) | |
| BURKS *CHIEF HEARING DIRECTOR;* JEFFREY ) | |
| A. BEARD, *SECRETARY OF CORRECTIONS;* ) | |
| BRENDA MARTIN, *CAPITAL CASE MANAGER,* ) | |
| *STATE CORRECTIONAL INSTITUTE AT GREENE,* ) | |
| *ADMINISTRATIVE STAFF AND MEDICAL* ) | |
| *DEPARTMENT, ALL IN THEIR INDIVIDUAL AND* ) | |
| *OFFICIAL CAPACITY* ) | |

## ORDER

Plaintiff has requested a copy of the complaint originally filed in this action, along with the exhibits. He has also requested an extension of time of 30 days to comply with the Court's Order dated May 31, 2006. The Order to Plaintiff was to provide a service copy for each of the named defendants, of which there are 11. The Court further notes that the complaint is 151 pages long, including attachments.

Therefore,

**IT IS ORDERED** this 5th day of July, 2006, that Plaintiff Lopez's Motions are **GRANTED**. Enclosed with this Order is a copy of Plaintiff's original complaint as docketed with this court. Also enclosed are the Notice of Lawsuit and Waiver of Service and a "Process Receipt and

Return" form (USM-285). Plaintiff is ordered to provide the Court with a true and correct copy of his complaint, along with completed service forms for **each named Defendant** so that proper service might be effectuated. He is ordered to provide these no later than August 15, 2006.

**IT IS FURTHER ORDERED** that Plaintiff may, instead of providing copies of his complaint for service, file an amended complaint no later than August 15, 2006. Plaintiff would have to provide service copies of his amended complaint to the Court for each named Defendant . The ability to amend the complaint, however, would give Plaintiff the opportunity to determine what exhibits are essential at this time and, possibly, reduce the financial burden associated with service of process.

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                            Lisa Pupo Lenihan
                                                          United States Magistrate Judge

cc:      GEORGE IVAN LOPEZ
          CZ-3198
          SCI Greene
          175 Progress Dr.
          Waynesburg, PA 15370