IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, | ) | |
| | ) | Civil Action No. 06-43 |
| Plaintiff, | ) | |
| | ) | District Judge Terrence F. McVerry / |
| v. | ) | Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| DR. STANLEY FALOR, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The above captioned case was referred to United States Magistrate Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.  The Magistrate Judge's Report and Recommendation (Doc. No. 32), filed on October 2, 2006, recommended that the Plaintiff's Immediate Injunction Motion (Doc. No. 19) be denied. All parties were served with the Report and Recommendation and were advised they were allowed ten (10) days from the date of service to file written objections.  No objections have been filed.  After review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

**AND NOW**, this 8th day of November, 2006;

**IT IS HEREBY ORDERED** that the Plaintiff's Immediate Injunction Motion (Doc. No. 19) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 32) of Magistrate Judge Lenihan, dated October 2, 2006, is adopted as the opinion of the court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

George Ivan Lopez, CZ-3198
175 Progress Drive
SCI Greene
Waynesburg, PA 15370

Mary Lynch Friedline, Senior Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219