IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, | Civil Action No. 06 - 43 |
| Plaintiff, | |
| v. | Judge Terrence F. McVerry / Magistrate Judge Lisa Pupo Lenihan |
| DR. STANLEY FALOR, *MEDICAL DIRECTOR;* DIANE MANSON, *H.C.A.;* JOHN MCANANY, *R.N.S.;* SHARLEY HICKMAN, *P.A.;* NANCY ZEIGLER, *P.A.;* LOUIS FOLINO, *SUPERINTENDENT;* DIANE THOMAS, *ADMINISTRATIVE STAFF;* DAN DAVIS, *ACTING GRIEVANCE COORDINATOR;* SHARON M. BURKS *CHIEF HEARING DIRECTOR;* JEFFREY A. BEARD, *SECRETARY OF CORRECTIONS;* BRENDA MARTIN, *CAPITAL CASE MANAGER, STATE CORRECTIONAL INSTITUTE AT GREENE, ADMINISTRATIVE STAFF AND MEDICAL DEPARTMENT, ALL IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY* | |

## ORDER

The Plaintiff filed a "Motion to Cease the Deduction of Funds From Prison Account" (Doc. No. 71) on March 15, 2007, in which he asserts that funds were deducted from his institutional account after the filing fee had been paid in full. Specifically, he references a deduction of $13.11 that was taken from the account on February 16, 2007. Attached to this order is the letter sent to the State Correctional Institute at Greene dated February 26, 2007 returning the $13.11 check and informing Inmate Accounting that Plaintiff's account was paid in full. Therefore,

**IT IS ORDERED** that Plaintiff's "Motion to Cease the Deduction of Funds From Prison Account" (Doc. No. 71) is **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff is allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

_____
Lisa Pupo Lenihan
United States Magistrate Judge
3/19/2007

cc:  Inmate Account Officer
SCI Greene
175 Progress Dr.
Waynesburg, PA 15370

GEORGE IVAN LOPEZ
CZ-3198
SCI Greene
175 Progress Dr.
Waynesburg, PA 15370

Counsel of Record.