```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF PENNSYLVANIA
GEORGE IVAN LOPEZ,            )
                              ) Civil Action No. 06-43
          Plaintiff,          )
                              ) District Judge Terrence F. McVerry
     v.                       )
                              )
DR. STANLEY FALOR, ET AL.,    )
                              )
          Defendants.         )
```

**MEMORANDUM ORDER**

The above captioned case was initiated by the filing of a Motion to Proceed *In Forma Pauperis* (doc. no. 1) on January 12, 2006, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on July 27, 2007 (doc. no. 73), recommended that the Partial Motion to Dismiss filed by the Pennsylvania Department of Corrections Defendants (doc. no. 58) be granted, that the Motion to Dismiss filed by the Medical Defendants (doc. no. 60) be granted, and that Plaintiff's Complaint be dismissed in its entirety in accordance with the screening provisions of the PLRA. No objections have been filed. Plaintiff filed objections to the Report and Recommendation on September 17, 2007 (doc. no. 79).

After review of the pleadings and documents in the case, together with the Report and Recommendation, and the Objections thereto, the following order is entered:

**AND NOW,** this 19<u>th</u> day of September, 2007;

**IT IS HEREBY ORDERED** that the Partial Motion to Dismiss filed by the Pennsylvania Department of Corrections Defendants (doc. no. 58) is **GRANTED,** that the Motion to Dismiss filed by the Medical Defendants (doc. no. 60) is **GRANTED,** and that Plaintiff's Complaint is **DISMISSED** in its entirety in accordance with the screening provisions of the PLRA.

**IT IS FURTHER ORDERED** that the Report and Recommendation dated July 27, 2007, (doc. no. 73) of Magistrate Judge Lenihan is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED.**

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Terrence F. McVerry
United States District Judge

cc:	Lisa Pupo Lenihan
	United States Magistrate Judge

	George Ivan Lopez, CZ-3198
	175 Progress Drive
	SCI Greene
	Waynesburg, PA 15370